# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: DIMONTE, MICHAEL J. § | Case No. 08-07495 |
| DIMONTE, LISA M. § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 07/22/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/30/2011          By:  /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: DIMONTE, MICHAEL J. § | Case No. 08-07495 |
| DIMONTE, LISA M. § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 250,010.84 |
| *and approved disbursements of* | $ 142,474.55 |
| *leaving a balance on hand of* [1] | $ 107,536.29 |
| **Balance on hand:** | $ 107,536.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 107,536.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 10,000.00 | 0.00 | 10,000.00 |
| Trustee, Expenses - BRADLEY J. WALLER | 123.70 | 0.00 | 123.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 10,123.70 |
| Remaining balance: | $ 97,412.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 97,412.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 97,412.59

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76,024.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns - assignee of Citibank | 4,693.65 | 0.00 | 4,693.65 |
| 2 | PYOD LLC its successors and assigns - assignee of Citibank | 12,394.16 | 0.00 | 12,394.16 |
| 3 | PYOD LLC its successors and assigns - assignee of Citibank | 1,021.02 | 0.00 | 1,021.02 |
| 4 | PYOD LLC its successors and assigns - assignee of Citibank | 1,054.17 | 0.00 | 1,054.17 |
| 5 | Discover Bank/DFS Services LLC | 8,328.62 | 0.00 | 8,328.62 |
| 6 | Discover Bank/DFS Services LLC | 6,122.27 | 0.00 | 6,122.27 |
| 7 -2 | Chase Bank USA, NA | 15,465.19 | 0.00 | 15,465.19 |
| 8 | Chase Bank USA, NA | 220.65 | 0.00 | 220.65 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| 9 | Capital Recovery II | 737.89 | 0.00 | 737.89 |
| 10 | Capital Recovery II | 657.90 | 0.00 | 657.90 |
| 11 | Capital Recovery II | 461.23 | 0.00 | 461.23 |
| 12 | Capital Recovery II | 921.45 | 0.00 | 921.45 |
| 13 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 5,099.73 | 0.00 | 5,099.73 |
| 15 | FIA Card Services, N.A. | 2,732.04 | 0.00 | 2,732.04 |
| 16 | FIA Card Services, N.A. | 16,114.74 | 0.00 | 16,114.74 |

Total to be paid for timely general unsecured claims: $ 76,024.71
Remaining balance: $ 21,387.88

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 21,387.88

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 21,387.88

UST Form 101-7-NFR (10/1/2010)

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.5% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,220.55. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $20,167.33.

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: sdaniel            Page 1 of 1           Date Rcvd: Mar 31, 2008
Case: 08-07495                Form ID: b9a             Total Served: 25

The following entities were served by first class mail on Apr 02, 2008.
db          +Michael J. DiMonte,    446 Fayette Drive,    Oswego, IL 60543-7725
jdb         +Lisa M. DiMonte,    446 Fayette Drive,    Oswego, IL 60543-7725
aty         +C David Ward,    Illini Legal Services Chartered,    2756 Route 34,    Oswego, IL 60543-8301
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
12090618    +Bank Of America,    55 Challenger Road,    Ridgefield Park, NJ 07660-2109
12090617    +C David Ward,    2756 Route 34,    Oswego, IL 60543-8301
12090621    +Chase Auto Finance,    P. O. Box 901076,    Fort Worth, TX 76101-2076
12090622    +Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
12090616    +DiMonte Lisa M,    446 Fayette Drive,    Oswego, IL 60543-7725
12090615    +DiMonte Michael J,    446 Fayette Drive,    Oswego, IL 60543-7725
12090624    +Discover Financial Services,     2500 Lake Cook Road,    Riverwoods, IL 60015-1838
12090625    +GDYR/CBSD,    P. O. Box 9714,    Gray, TN 37615-9714
12090626    +GEMB/ASA,    P. O. Box 981439,    El Paso, TX 79998-1439
12090627    +GEMB/Dicks Sporting Goods,    P. O. Box 981474,    El Paso, TX 79998-1474
12090628    +GEMB/JCPenney,    P.O. Box 981402,    El Paso, TX 79998-1402
12090629    +GEMB/SAMS,    P. O. Box 981400,    El Paso, TX 79998-1400
12090630    +GMAC Mortgage,    3451 Hammond Avenue,    Waterloo, IA 50702-5300
12090631    +Homecoming Financial,    2711 N. Haskell,    Dallas, TX 75204-2911
12090635    +THD/CBSD,    P. O. Box 6003,    Hagerstwon, MD 21747-6003

The following entities were served by electronic transmission on Apr 01, 2008.
12090620     +EDI: CHASE.COM Apr 01 2008 00:22:00     Chase,   800 Brooksedge Blvd.,
               Westerville, OH 43081-2822
12090619     +EDI: CHASE.COM Apr 01 2008 00:22:00     Chase,   225 Chastain Meadows Court,
               Kennesaw, GA 30144-5841
12090622     +EDI: CITICORP.COM Apr 01 2008 00:21:00     Citi,   P.O. Box 6241,    Sioux Falls, SD 57117-6241
12090623      EDI: DISCOVER.COM Apr 01 2008 00:22:00     Discover,    P. O. Box 15316,    Wilmington, DE 19850
12090632     +EDI: HFC.COM Apr 01 2008 00:22:00     HSBC/Best Buy,    P. O. Box 15519,
               Wilmington, DE 19850-5519
12090633     +EDI: CBSKOHLS.COM Apr 01 2008 00:22:00     Kohls/Chase,    N56 W 17000 Ridgewood Drive,
               Menomonee Falls, WI 53051-5660
12090634     +E-mail/Text: bankrup@nicor.com                Nicor Gas,    P. O. Box 418,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 7

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2008              Signature:    *Joseph Speetjens*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-07495-BWB
Michael J. DiMonte                                                  Chapter 7
Lisa M. DiMonte
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhuley                Page 1 of 2              Date Rcvd: Jul 01, 2011
                              Form ID: pdf006             Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2011.
```
db/jdb     +Michael J. DiMonte,   Lisa M. DiMonte,   446 Fayette Drive,   Oswego, IL 60543-7725
aty        +C David Ward,   Illini Legal Services Chartered,   2756 Route 34,   Oswego, IL 60543-8301
tr         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
             Sycamore, IL 60178-3140
12090618   +Bank Of America,   55 Challenger Road,   Ridgefield Park, NJ 07660-2109
12716036   +Bank of America, N.A.,   Attn: Mr. M-BK,   1000 Samoset Dr.,   DE5-023-03-03,
             Newark, DE 19713-6000
12090617   +C David Ward,   2756 Route 34,   Oswego, IL 60543-8301
12476919   +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
12090619   +Chase,   225 Chastain Meadows Court,   Kennesaw, GA 30144-5897
12090620   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
12090621   +Chase Auto Finance,   P. O. Box 901076,   Fort Worth, TX 76101-2076
12484749    Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
12090622   +Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
12090616   +DiMonte Lisa M,   446 Fayette Drive,   Oswego, IL 60543-7725
12090615   +DiMonte Michael J,   446 Fayette Drive,   Oswego, IL 60543-7725
12716056   +FIA Card Services, N.A.,   Attn: Mr. M-BK,   1000 Samoset Drive,   DE5-023-03-03,
             Newark, DE 19713-6000
12090625   +GDYR/CBSD,   P. O. Box 9714,   Gray, TN 37615-9714
12090627   +GEMB/Dicks Sporting Goods,   P. O. Box 981474,   El Paso, TX 79998-1474
12090630   +GMAC Mortgage,   3451 Hammond Avenue,   Waterloo, IA 50702-5300
12090632  ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Best Buy,   P. O. Box 15519,   Wilmington, DE  19850)
12090631   +Homecoming Financial,   2711 N. Haskell,   Dallas, TX 75204-2911
12090635    THD/CBSD,   P. O. Box 6003,   Hagerstwon, MD  21747
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12895054   +E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2011 01:16:25     Capital Recovery II,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12090623    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2011 01:25:23     Discover,   P. O. Box 15316,
             Wilmington, DE  19850
12090624    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2011 01:25:23     Discover Financial Services,
             2500 Lake Cook Road,   Riverwoods, IL  60015
12454409    E-mail/PDF: mrdiscen@discoverfinancial.com Jul 02 2011 01:25:23
             Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany, OH 43054-3025
12698533   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 02 2011 01:24:59
             FIA CARD SERVICES, N.A./BANK OF AMERICA,   by American InfoSource L.P. as its agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
12090626   +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2011 01:16:24     GEMB/ASA,   P. O. Box 981439,
             El Paso, TX 79998-1439
12090628   +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2011 01:16:24     GEMB/JCPenney,   P.O. Box 981402,
             El Paso, TX 79998-1402
12090629   +E-mail/PDF: gecsedi@recoverycorp.com Jul 02 2011 01:49:03     GEMB/SAMS,   P. O. Box 981400,
             El Paso, TX 79998-1400
12090633   +E-mail/PDF: cr-bankruptcy@kohls.com Jul 02 2011 01:16:50     Kohls/Chase,
             N56 W 17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
12090634   +E-mail/Text: bankrup@nicor.com Jul 02 2011 00:17:49     Nicor Gas,   P. O. Box 418,
             Aurora, IL 60568-0001
12443352    E-mail/Text: resurgentbknotifications@resurgent.com Jul 02 2011 00:17:26
             PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
12895055    E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2011 01:16:25
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
12579059   +E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2011 01:16:25
             Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12579058   +E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2011 01:16:25
             Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12489392   +E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2011 01:16:25
             Recovery Management Systems Corporation,   For GE Money Bank,   dba DICK'S SPORTING GOODS/GEMB,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12489390   +E-mail/PDF: rmscedi@recoverycorp.com Jul 02 2011 01:16:25
             Recovery Management Systems Corporation,   For GE Money Bank,   dba ASA/GEMB,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 16
```

```
District/off: 0752-1           User: lhuley              Page 2 of 2              Date Rcvd: Jul 01, 2011
                               Form ID: pdf006          Total Noticed: 37

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bradley J Waller,   Klein Stoddard Buck Waller & Lewis LLC,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
12716037*    +Bank of America, N.A.,   Attn: Mr. M-BK,   1000 Samoset Dr.,   DE5-023-03-03,
              Newark, DE 19713-6000
                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2011**                    **Signature:**    _Joseph Speetjens_