## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: DIMONTE, MICHAEL J.  
      DIMONTE, LISA M.  

Case No. 08-07495

Chapter 7

_____,  
              Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $293,805.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $112,245.26 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $102,598.25 | |

    3)  Total gross receipts of $ 250,010.84  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 35,167.33  (see **Exhibit 2**), yielded net receipts of $214,843.51 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $35,000.00 | $35,000.00 | $35,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 107,598.79 | 102,598.25 | 102,598.25 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 108,825.19 | 77,245.26 | 77,245.26 |
| **TOTAL DISBURSEMENTS** | $0.00 | $251,423.98 | $214,843.51 | $214,843.51 |

   4) This case was originally filed under Chapter 7 on March 28, 2008. The case was pending for 41 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2011            By: /s/BRADLEY J. WALLER
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CASE | 1142-000 | 250,000.00 |
| Interest Income | 1270-000 | 10.84 |
| **TOTAL GROSS RECEIPTS** | | **$250,010.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael J. DiMonte | Exemption in personal injury case | 8100-002 | 15,000.00 |
| DIMONTE, MICHAEL J. | Dividend paid 100.00% on $20,167.33; Claim# SURPLUS; Filed: $20,167.33; Reference: | 8200-000 | 20,167.33 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$35,167.33** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueCross BlueShield of Illinois | 4210-000 | N/A | 35,000.00 | 35,000.00 | 35,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$35,000.00** | **$35,000.00** | **$35,000.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 15,000.54 | 10,000.00 | 10,000.00 |
| BRADLEY J. WALLER | 2200-000 | N/A | 123.70 | 123.70 | 123.70 |
| Michael F. Conway | 3210-600 | N/A | 83,333.33 | 83,333.33 | 83,333.33 |
| Michael F. Conway | 3220-610 | N/A | 9,141.22 | 9,141.22 | 9,141.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 107,598.79 | 102,598.25 | 102,598.25 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns - assignee of | 7100-000 | N/A | 4,693.65 | 4,693.65 | 4,693.65 |
| 1I | PYOD LLC its successors and assigns assignee of | 7990-000 | N/A | 75.36 | 75.36 | 75.36 |
| 2 | PYOD LLC its successors and assigns - assignee of | 7100-000 | N/A | 12,394.16 | 12,394.16 | 12,394.16 |
| 2I | PYOD LLC its successors and assigns - assignee of | 7990-000 | N/A | 198.99 | 198.99 | 198.99 |
| 3 | PYOD LLC its successors and assigns - assignee of | 7100-000 | N/A | 1,021.02 | 1,021.02 | 1,021.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3I | PYOD LLC its successors and assigns - assignee of | 7990-000 | N/A | 16.39 | 16.39 | 16.39 |
| 4 | PYOD LLC its successors and assigns - assignee of | 7100-000 | N/A | 1,054.17 | 1,054.17 | 1,054.17 |
| 4I | PYOD LLC its successors and assigns - assignee of | 7990-000 | N/A | 16.92 | 16.92 | 16.92 |
| 5 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 8,328.62 | 8,328.62 | 8,328.62 |
| 5I | Discover Bank/DFS Services LLC | 7990-000 | N/A | 133.71 | 133.71 | 133.71 |
| 6 | Discover Bank/DFS Services LLC | 7100-000 | N/A | 6,122.27 | 6,122.27 | 6,122.27 |
| 6I | Discover Bank/DFS Services LLC | 7990-000 | N/A | 98.29 | 98.29 | 98.29 |
| 7 | Chase Bank USA, NA | 7100-000 | N/A | 15,465.19 | 0.00 | 0.00 |
| 7 -2 | Chase Bank USA, NA | 7100-000 | N/A | 15,465.19 | 15,465.19 | 15,465.19 |
| 7I-2 | Chase Bank USA, NA | 7990-000 | N/A | 248.29 | 248.29 | 248.29 |
| 8 | Chase Bank USA, NA | 7100-000 | N/A | 220.65 | 220.65 | 220.65 |
| 8I | Chase Bank USA, NA | 7990-000 | N/A | 3.54 | 3.54 | 3.54 |
| 9 | Capital Recovery II | 7100-000 | N/A | 737.89 | 737.89 | 737.89 |
| 9I | Capital Recovery II | 7990-000 | N/A | 11.85 | 11.85 | 11.85 |
| 10 | Capital Recovery II | 7100-000 | N/A | 657.90 | 657.90 | 657.90 |
| 10I | Capital Recovery II | 7990-000 | N/A | 10.56 | 10.56 | 10.56 |
| 11 | Capital Recovery II | 7100-000 | N/A | 461.23 | 461.23 | 461.23 |
| 11I | Capital Recovery II | 7990-000 | N/A | 7.40 | 7.40 | 7.40 |
| 12 | Capital Recovery II | 7100-000 | N/A | 921.45 | 921.45 | 921.45 |
| 12I | Capital Recovery II | 7990-000 | N/A | 14.79 | 14.79 | 14.79 |
| 13 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7100-000 | N/A | 5,099.73 | 5,099.73 | 5,099.73 |
| 13I | FIA CARD SERVICES, N.A./BANK OF AMERICA | 7990-000 | N/A | 81.88 | 81.88 | 81.88 |
| 14 | Bank of America, N.A. | 7100-000 | N/A | 16,114.74 | 0.00 | 0.00 |
| 15 | FIA Card Services, N.A. | 7100-000 | N/A | 2,732.04 | 2,732.04 | 2,732.04 |
| 15I | FIA Card Services, N.A. | 7990-000 | N/A | 43.86 | 43.86 | 43.86 |
| 16 | FIA Card Services, N.A. | 7100-000 | N/A | 16,114.74 | 16,114.74 | 16,114.74 |
| 16I | FIA Card Services, N.A. | 7990-000 | N/A | 258.72 | 258.72 | 258.72 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 108,825.19 | 77,245.26 | 77,245.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-07495  
**Case Name:** DIMONTE, MICHAEL J.  
                DIMONTE, LISA M.  
**Period Ending:** 09/09/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 03/28/08 (f)  
**§341(a) Meeting Date:** 05/22/08  
**Claims Bar Date:** 07/14/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | RESIDENCE - 446 FAYETTE DRIVE, OSWEGO, IL | 238,505.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT - BRIDGEVIEW BANK | 500.00 | Unknown | DA | 0.00 | FA |
| 3 | SAVINGS ACCOUNT - BRIDGEVIEW BANK | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 800.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | LIFE INSURANCE - TERM | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | LIFE INSURANCE - WHOLE | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2003 HYUNDAI SANTA FE | 7,200.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2008 TOYOTA FJ CRUISER | 26,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | PERSONAL INJURY CASE | 0.00 | 250,000.00 | | 250,000.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 10.84 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$293,805.00** | **$250,000.00** | | **$250,010.84** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2009    **Current Projected Date Of Final Report (TFR):** July 1, 2011 (Actual)

Printed: 09/09/2011 11:03 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 08-07495 | | **Trustee:** | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- | --- |
| **Case Name:** | DIMONTE, MICHAEL J. | | **Bank Name:** | The Bank of New York Mellon |
| | DIMONTE, LISA M. | | **Account:** | 9200-******03-65 - Money Market Account |
| **Taxpayer ID #:** | **-***4876 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 09/09/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/07/11 | {10} | The Cincinnait Insurance Company | per court order of January 14, 2011 | 1142-000 | 5,000.00 | | 5,000.00 |
| 03/15/11 | {10} | American States Insurance Company | per court order of January 14, 2011 | 1142-000 | 155,000.00 | | 160,000.00 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 2.11 | | 160,002.11 |
| 04/18/11 | {10} | Illinois Union Insurance Company | per court order of January 14, 2011 | 1142-000 | 30,000.00 | | 190,002.11 |
| 04/18/11 | {10} | MT Hawley Insurance | per court order of January 14, 2011 | 1142-000 | 30,000.00 | | 220,002.11 |
| 04/18/11 | 1001 | BlueCross BlueShield of Illinois | per court order of January 14, 2011 | 4210-000 | | 35,000.00 | 185,002.11 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.39 | | 185,006.50 |
| 05/20/11 | {10} | Indiana Insurance | per court order of January 14, 2011 | 1142-000 | 30,000.00 | | 215,006.50 |
| 05/20/11 | 1002 | Michael F. Conway | per court order of January 14, 2011 | 3210-600 | | 83,333.33 | 131,673.17 |
| 05/20/11 | 1003 | Michael F. Conway | per court order of January 14, 2011 | 3220-610 | | 9,141.22 | 122,531.95 |
| 05/24/11 | 1004 | Michael J. DiMonte | Exemption in personal injury case | 8100-002 | | 15,000.00 | 107,531.95 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 4.32 | | 107,536.27 |
| 06/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 107,536.29 |
| 06/02/11 | | To Account #9200******0366 | | 9999-000 | | 107,536.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 250,010.84 | 250,010.84 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 107,536.29 | |
| | | | **Subtotal** | | 250,010.84 | 142,474.55 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$250,010.84** | **$127,474.55** | |

{} Asset reference(s)                                                                                                 Printed: 09/09/2011 11:03 AM    V.12.57

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 08-07495  
**Case Name:** DIMONTE, MICHAEL J.  
DIMONTE, LISA M.  
**Taxpayer ID #:** **-***4876  
**Period Ending:** 09/09/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/02/11 | | From Account #9200******0365 | | 9999-000 | 107,536.29 | | 107,536.29 |
| 07/22/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $123.70, Trustee Expenses;  Reference: | 2200-000 | | 123.70 | 107,412.59 |
| 07/22/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $10,000.00, Trustee Compensation;  Reference: | 2100-000 | | 10,000.00 | 97,412.59 |
| 07/22/11 | 103 | PYOD LLC its successors and assigns - assignee of Citibank | Dividend paid 100.00% on $4,693.65; Claim# 1; Filed: $4,693.65; Reference: | 7100-000 | | 4,693.65 | 92,718.94 |
| 07/22/11 | 104 | PYOD LLC its successors and assigns - assignee of Citibank | Dividend paid 100.00% on $12,394.16; Claim# 2; Filed: $12,394.16; Reference: | 7100-000 | | 12,394.16 | 80,324.78 |
| 07/22/11 | 105 | PYOD LLC its successors and assigns - assignee of Citibank | Dividend paid 100.00% on $1,021.02; Claim# 3; Filed: $1,021.02; Reference: | 7100-000 | | 1,021.02 | 79,303.76 |
| 07/22/11 | 106 | PYOD LLC its successors and assigns - assignee of Citibank | Dividend paid 100.00% on $1,054.17; Claim# 4; Filed: $1,054.17; Reference: | 7100-000 | | 1,054.17 | 78,249.59 |
| 07/22/11 | 107 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $8,328.62; Claim# 5; Filed: $8,328.62; Reference: | 7100-000 | | 8,328.62 | 69,920.97 |
| 07/22/11 | 108 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $6,122.27; Claim# 6; Filed: $6,122.27; Reference: | 7100-000 | | 6,122.27 | 63,798.70 |
| 07/22/11 | 109 | Chase Bank USA, NA | Dividend paid 100.00% on $15,465.19; Claim# 7 -2; Filed: $15,465.19; Reference: | 7100-000 | | 15,465.19 | 48,333.51 |
| 07/22/11 | 110 | Chase Bank USA, NA | Dividend paid 100.00% on $220.65; Claim# 8; Filed: $220.65; Reference: | 7100-000 | | 220.65 | 48,112.86 |
| 07/22/11 | 111 | Capital Recovery II | Dividend paid 100.00% on $737.89; Claim# 9; Filed: $737.89; Reference: | 7100-000 | | 737.89 | 47,374.97 |
| 07/22/11 | 112 | Capital Recovery II | Dividend paid 100.00% on $657.90; Claim# 10; Filed: $657.90; Reference: | 7100-000 | | 657.90 | 46,717.07 |
| 07/22/11 | 113 | Capital Recovery II | Dividend paid 100.00% on $461.23; Claim# 11; Filed: $461.23; Reference: | 7100-000 | | 461.23 | 46,255.84 |
| 07/22/11 | 114 | Capital Recovery II | Dividend paid 100.00% on $921.45; Claim# 12; Filed: $921.45; Reference: | 7100-000 | | 921.45 | 45,334.39 |
| 07/22/11 | 115 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $5,099.73; Claim# 13; Filed: $5,099.73; Reference: | 7100-000 | | 5,099.73 | 40,234.66 |
| 07/22/11 | 116 | FIA Card Services, N.A. | Dividend paid 100.00% on $2,732.04; Claim# 15; Filed: $2,732.04; Reference: | 7100-000 | | 2,732.04 | 37,502.62 |
| 07/22/11 | 117 | FIA Card Services, N.A. | Dividend paid 100.00% on $16,114.74; Claim# 16; Filed: $16,114.74; Reference: | 7100-000 | | 16,114.74 | 21,387.88 |
| 07/22/11 | 118 | PYOD LLC its successors and assigns assignee of  Citibank | Dividend paid 100.00% on $75.36; Claim# 1I; Filed: $75.36; Reference: | 7990-000 | | 75.36 | 21,312.52 |
| 07/22/11 | 119 | PYOD LLC its successors and assigns - assignee of Citibank | Dividend paid 100.00% on $198.99; Claim# 2I; Filed: $198.99; Reference: | 7990-000 | | 198.99 | 21,113.53 |

Subtotals :   $107,536.29   $86,422.76

{} Asset reference(s)   Printed: 09/09/2011 11:03 AM   V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-07495  
**Case Name:** DIMONTE, MICHAEL J.  
DIMONTE, LISA M.  
**Taxpayer ID #:** **-***4876  
**Period Ending:** 09/09/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/22/11 | 120 | PYOD LLC its successors and assigns - assignee of Citibank | Dividend paid 100.00% on $16.39; Claim# 3I; Filed: $16.39; Reference: | 7990-000 | | 16.39 | 21,097.14 |
| 07/22/11 | 121 | PYOD LLC its successors and assigns - assignee of Citibank | Dividend paid 100.00% on $16.92; Claim# 4I; Filed: $16.92; Reference: | 7990-000 | | 16.92 | 21,080.22 |
| 07/22/11 | 122 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $133.71; Claim# 5I; Filed: $133.71; Reference: | 7990-000 | | 133.71 | 20,946.51 |
| 07/22/11 | 123 | Discover Bank/DFS Services LLC | Dividend paid 100.00% on $98.29; Claim# 6I; Filed: $98.29; Reference: | 7990-000 | | 98.29 | 20,848.22 |
| 07/22/11 | 124 | Chase Bank USA, NA | Dividend paid 100.00% on $248.29; Claim# 7I-2; Filed: $248.29; Reference: | 7990-000 | | 248.29 | 20,599.93 |
| 07/22/11 | 125 | Chase Bank USA, NA | Dividend paid 100.00% on $3.54; Claim# 8I; Filed: $3.54; Reference: | 7990-000 | | 3.54 | 20,596.39 |
| 07/22/11 | 126 | Capital Recovery II | Dividend paid 100.00% on $11.85; Claim# 9I; Filed: $11.85; Reference: | 7990-000 | | 11.85 | 20,584.54 |
| 07/22/11 | 127 | Capital Recovery II | Dividend paid 100.00% on $10.56; Claim# 10I; Filed: $10.56; Reference: | 7990-000 | | 10.56 | 20,573.98 |
| 07/22/11 | 128 | Capital Recovery II | Dividend paid 100.00% on $7.40; Claim# 11I; Filed: $7.40; Reference: | 7990-000 | | 7.40 | 20,566.58 |
| 07/22/11 | 129 | Capital Recovery II | Dividend paid 100.00% on $14.79; Claim# 12I; Filed: $14.79; Reference: | 7990-000 | | 14.79 | 20,551.79 |
| 07/22/11 | 130 | FIA CARD SERVICES, N.A./BANK OF AMERICA | Dividend paid 100.00% on $81.88; Claim# 13I; Filed: $81.88; Reference: | 7990-000 | | 81.88 | 20,469.91 |
| 07/22/11 | 131 | FIA Card Services, N.A. | Dividend paid 100.00% on $43.86; Claim# 15I; Filed: $43.86; Reference: | 7990-000 | | 43.86 | 20,426.05 |
| 07/22/11 | 132 | FIA Card Services, N.A. | Dividend paid 100.00% on $258.72; Claim# 16I; Filed: $258.72; Reference: | 7990-000 | | 258.72 | 20,167.33 |
| 07/22/11 | 133 | DIMONTE, MICHAEL J. | Dividend paid 100.00% on $20,167.33; Claim# SURPLUS; Filed: $20,167.33; Reference: | 8200-000 | | 20,167.33 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 107,536.29 | 107,536.29 | $0.00 |
| | | | Less: Bank Transfers | | 107,536.29 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 107,536.29 | |
| | | | Less: Payments to Debtors | | | 20,167.33 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$87,368.96** | |

{} Asset reference(s)

Printed: 09/09/2011 11:03 AM    V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 08-07495 | | **Trustee:** | BRADLEY J. WALLER (330500) |
| **Case Name:** | DIMONTE, MICHAEL J. | | **Bank Name:** | The Bank of New York Mellon |
| | DIMONTE, LISA M. | | **Account:** | 9200-******03-66 - Checking Account |
| **Taxpayer ID #:** | **-***4876 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 09/09/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

```
            Net Receipts :      250,010.84
      Less Payments to Debtor :     15,000.00
                              ─────────────
            Net Estate :       $235,010.84
```

| | | | | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | **TOTAL - ALL ACCOUNTS** | | | | | |
| | | **MMA # 9200-******03-65** | | | 250,010.84 | 127,474.55 | 0.00 |
| | | **Checking # 9200-******03-66** | | | 0.00 | 87,368.96 | 0.00 |
| | | | | | **$250,010.84** | **$214,843.51** | **$0.00** |

{} Asset reference(s)

Printed: 09/09/2011 11:03 AM    V.12.57